**UNITED STATES DISTRICT COURT**
**THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION** | Case No. 2:18-md-2846<br><br>Judge Edmund A. Sargus, Jr.<br>Magistrate Judge Kimberly A. Jolson |

**This document relates to:**
*Schmidt v. C.R. Bard, Inc., et al.*
Case No. 2:20-cv-5474

## ORDER

On February 23, 2020, Plaintiff Mary Schmidt filed a complaint in this multidistrict litigation ("MDL") (Case No. 20-cv-998, ECF No. 1). In the complaint, Plaintiff asserts several claims based on alleged injuries caused by a Composix Kugel hernia mesh patch, a product manufactured by Defendants. (*Id.*) On October 16, 2020, through different counsel, Plaintiff filed another complaint in this MDL, also alleging injuries caused by the Composix Kugel. (ECF No. 1.) On June 5, 2023, Defendants filed a motion to dismiss the instant action as duplicative of Case No. 20-cv-998. (ECF No. 8.) Plaintiff did not file a response, and the Court will therefore treat the motion as unopposed. Accordingly, Defendants' motion (ECF No. 8) is **GRANTED** and this case is **DISMISSED**.

IT IS SO ORDERED.


**12/13/2023**                                                        s/Edmund A. Sargus, Jr.
**DATE**                                                                  EDMUND A. SARGUS, JR.
                                                                                  **UNITED STATES DISTRICT JUDGE**